# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Thomas Jerome Boyd	Docket No. 5:10-CR-387-1BR

### Petition for Action on Supervised Release

  COMES NOW Robert L. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thomas Jerome Boyd, who, upon an earlier plea of guilty to Possessing Counterfeit FRNs and Attempt, in violation of 18 U.S.C. § 472, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on April 4, 2011, to the custody of the Bureau of Prisons for a term of 9 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall participate in a vocational training program as directed by the probation office.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

  Thomas Jerome Boyd was released from custody on October 22, 2014, after serving a sentence in the state of Georgia, at which time the term of supervised release commenced.

  **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

  The defendant resides and is supervised in the Northern District of Georgia. At his initial appointment with the probation officer, the defendant tested positive for marijuana. The probation officer recommends the addition of a condition for drug treatment.

Thomas Jerome Boyd
Docket No. 5:10-CR-387-1BR
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

   Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: November 5, 2014

### ORDER OF COURT

Considered and ordered this __6__ day of __November__, 2014, and ordered filed and made a part of the records in the above case.

W
Se